```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 38454
   STEPHEN LEWIS WALL
   CYNTHIA ANN WALL                        CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-0223    SSN XXX-XX-7310


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2004 and was confirmed 02/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  49.81% from remaining funds.

     The case was paid in full 11/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED         9464.64       348.47       9464.64
NATIONWIDE ACCEPTANCE~     SECURED         5275.00      1239.04       5275.00
NATIONWIDE ACCEPTANCE~     UNSECURED        490.23          .00        244.18
INTERNAL REVENUE SERVICE   PRIORITY        4282.55       170.97       4282.55
INTERNAL REVENUE SERVICE   UNSECURED        168.09        16.67         83.73
ALLIED COLLECTION GROUP    UNSECURED      NOT FILED         .00            .00
ACC INTERNATIONAL          UNSECURED      NOT FILED         .00            .00
AMERICAN EXPRESS           UNSECURED      NOT FILED         .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED        5487.08         .00       2733.25
AMERICAN EXPRESS TRAVEL    UNSECURED        9872.88         .00       4917.93
GC SERVICES DATA CONTROL   NOTICE ONLY    NOT FILED         .00            .00
AMERICAN EXPRESS           UNSECURED      NOT FILED         .00            .00
AMERICAN EXPRESS           UNSECURED      NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED         .00            .00
BANKONE                    UNSECURED      NOT FILED         .00            .00
BANKFIRST MASTERCARD       UNSECURED      NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED       10515.72         .00       5238.65
CAPITAL ONE                UNSECURED      NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1948.65         .00        970.67
CHECK INTO CASH            UNSECURED      NOT FILED         .00            .00
CITIBANK                   UNSECURED      NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        8800.87         .00       4383.94
COMCAST                    UNSECURED      NOT FILED         .00            .00
CROSS COUNTRY BANK         UNSECURED      NOT FILED         .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED         .00            .00
GLA COLLECTION             UNSECURED      NOT FILED         .00            .00
GLA COLLECTION             UNSECURED      NOT FILED         .00            .00
INDIANA UNIVERSITY         UNSECURED        3787.09         .00       1886.45
MAF COLLECTIONS SERVICES   UNSECURED      NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED        2643.38         .00       1316.73
ECAST SETTLEMENT CORP      UNSECURED        7929.26         .00       3949.77

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 38454 STEPHEN LEWIS WALL & CYNTHIA ANN WALL
```

```
ECAST SETTLEMENT CORP     UNSECURED        13537.41              .00         6743.33
NCO                       UNSECURED      NOT FILED               .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00               .00             .00
RMA                       UNSECURED      NOT FILED               .00             .00
SALLIE MAE SERVICING      UNSECURED      NOT FILED               .00             .00
HOME DEPOT                UNSECURED      NOT FILED               .00             .00
UNITED STUDENT AID FUNDS  UNSECURED            .00               .00             .00
UNITED STUDENT AID FUNDS  UNSECURED       36269.03               .00        18066.52
WELLS FARGO FINANCIAL IL  UNSECURED OTH    483.58                .00          237.53
RESURGENT CAPITAL SERVIC  UNSECURED        4684.58               .00         2333.50
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                           4,396.48
DEBTOR REFUND             REFUND                                              105.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 81,105.00

PRIORITY                                          4,282.55
    INTEREST                                        170.97
SECURED                                          14,739.64
    INTEREST                                      1,587.51
UNSECURED                                        53,106.18
    INTEREST                                         16.67
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              4,396.48
DEBTOR REFUND                                       105.00
                        ---------------       ---------------
TOTALS                  81,105.00                81,105.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/28/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
           CASE NO. 04 B 38454 STEPHEN LEWIS WALL & CYNTHIA ANN WALL